IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-24551-GLT |
| | : | |
| William Geary and | : | CHAPTER 13 |
| Nicole Geary | : | |
|     Debtors | : | Filed Pursuant to Rule 1007-4 |
| | : | |
| Nicole Geary, | : | |
|     Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Nicole Geary,** hereby state as follows:

1. I am currently employed part-time by TKB Incorporated and I earn average wages of $ 758.33 per month.

2. I have filed income tax returns for the years 2014 – 2017.


I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.


Date: <u>December 15, 2018</u>                                   /s/ **Nicole Geary**
                                                                                                                        Nicole Geary
                                                                                                                        Debtor

## PERSONAL AND CHECK INFORMATION

WILLIAM GEARY
321 SHADY AVENUE
CHARLEROI, PA 15022

Soc Sec #: XXX-XX-XXXX    Employee ID: 5071
Hire Date: 05/12/14
Status:
Filing Status:
Federal: Married, 0
State: PA, Married, 0
Local 1: CHARLEROI -R, Single, 1
Br/Dept: 1/100

Pay Period: 11/05/18 to 11/16/18
Check Date: 11/21/18    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
VACATION - HOURS
 TOTAL BAL
  16.000
PC DAY - HOURS
 TOTAL BAL
  24.000
WINTER HOLIDAY - HOURS
 TOTAL BAL
  8.000
SPRING HOLIDAY - HOURS
 TOTAL BAL
  8.000
BEREAVEMENT - HOURS
 TOTAL BAL
  24.000

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1388.58 |
| CHECKING NET | 1417.39 | 31707.86 |
| Net Pay | 1417.39 | 33096.44 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 2550.40 | 80.00 | 59228.00 |
| HOLIDAY | | | | 24.00 | |
| VACATION | | | | 64.00 | |
| HEALTH INS | | | -119.00 | | -2618.00 |
| HOURS WORKED | | | | 80.00 | |
| ADJ EARNINGS | | | 2431.40 | | 56610.00 |
| GROSS EARNINGS | | | 2550.40 | 168.00 | 59228.00 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT #1 | 472.46 | 11032.15 |
| GYM MEMBERSHIP | 29.25 | 554.88 |
| TOTAL | 501.71 | 11587.03 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 223.81 | 5208.27 |
| OASDI | 150.75 | 3509.83 |
| MEDICARE | 35.26 | 820.89 |
| STATE W/H PA | 74.64 | 1737.92 |
| STATE SUI PA | 1.53 | 35.55 |
| PA 0228NROSTR | 24.31 | 566.07 |
| PA 4639-LROST | 2.00 | 48.00 |
| TOTAL | 512.30 | 11926.53 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1417.39 | 33096.44 |

Payrolls by Paychex, Inc.
0448-P705 MONVALE PROFESSIONAL SERVICES ▪

## PERSONAL AND CHECK INFORMATION

WILLIAM GEARY
321 SHADY AVENUE
CHARLEROI, PA 15022

Soc Sec #: XXX-XX-XXXX   Employee ID: 5071
Hire Date: 05/12/14
Status:
Filing Status:
Federal: Married, 0
State: PA, Married, 0
Local 1: CHARLEROI -R, Single, 1
Br/Dept: 1/100

Pay Period: 09/24/18 to 10/05/18
Check Date: 10/12/18   Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

| DESCRIPTION | |
|---|---|
| VACATION - HOURS | |
| TOTAL BAL | 16.000 |
| PC DAY - HOURS | |
| TOTAL BAL | 24.000 |
| WINTER HOLIDAY - HOURS | |
| TOTAL BAL | 8.000 |
| SPRING HOLIDAY - HOURS | |
| TOTAL BAL | 8.000 |
| BEREAVEMENT - HOURS | |
| TOTAL BAL | 24.000 |

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1388.58 |
| CHECKING NET | 1417.39 | 27455.69 |
| Net Pay | 1417.39 | 28844.27 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 2550.40 | 80.00 | 51576.80 |
| HOLIDAY | | | | 24.00 | |
| VACATION | | | | 64.00 | |
| HEALTH INS | | | -119.00 | | -2261.00 |
| HOURS WORKED | | | | 80.00 | |
| ADJ EARNINGS | | | 2431.40 | | 49315.80 |
| GROSS EARNINGS | | | 2550.40 | 168.00 | 51576.80 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| WAGE ATTACHMENT | 472.46 | 9614.77 |
| GYM MEMBERSHIP | 29.25 | 467.13 |
| TOTAL | 501.71 | 10081.90 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 223.81 | 4536.84 |
| OASDI | 150.75 | 3057.58 |
| MEDICARE | 35.26 | 715.11 |
| STATE W/H PA | 74.64 | 1514.00 |
| STATE SUI PA | 1.53 | 30.96 |
| PA 0228NROSTR | 24.31 | 493.14 |
| PA 4639-LROST | 2.00 | 42.00 |
| TOTAL | 512.30 | 10389.63 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1417.39 | 28844.27 |

*Payrolls by Paychex, Inc.*
**0446-P705** MONVALE PROFESSIONAL SERVICES

## PERSONAL AND CHECK INFORMATION

WILLIAM GEARY
321 SHADY AVENUE
CHARLEROI, PA 15022

Soc Sec #: XXX-XX-XXXX    Employee ID: 5071
Hire Date: 05/12/14
Status:
Filing Status:
Federal: Married, 0
State: PA, Married, 0
Local 1: CHARLEROI -R, Single, 1
Br/Dept: 1/100

Pay Period: 10/08/18 to 10/19/18
Check Date: 10/26/18    Check #: Direct Deposit

### TIME OFF (Based On Policy Year)

DESCRIPTION
VACATION - HOURS
   TOTAL BAL
     16.000
PC DAY - HOURS
   TOTAL BAL
     24.000
WINTER HOLIDAY - HOURS
   TOTAL BAL
     8.000
SPRING HOLIDAY - HOURS
   TOTAL BAL
     8.000
BEREAVEMENT - HOURS
   TOTAL BAL
     24.000

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1388.58 |
| CHECKING NET | 1417.39 | 28873.08 |
| Net Pay | 1417.39 | 30261.66 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 2550.40 | 80.00 | 54127.20 |
| HOLIDAY | | | | 24.00 | |
| VACATION | | | | 64.00 | |
| HEALTH INS | | | -119.00 | | -2380.00 |
| HOURS WORKED | | | | 80.00 | |
| ADJ EARNINGS | | | 2431.40 | | 51747.20 |
| GROSS EARNINGS | | | 2550.40 | 168.00 | 54127.20 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| WAGE ATTACHMENT | 472.46 | 10087.23 |
| GYM MEMBERSHIP | 29.25 | 496.38 |
| TOTAL | 501.71 | 10583.61 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 223.81 | 4760.65 |
| OASDI | 150.75 | 3208.33 |
| MEDICARE | 35.26 | 750.37 |
| STATE W/H PA | 74.64 | 1586.64 |
| STATE SUI PA | 1.53 | 32.49 |
| PA 0228NROSTR | 24.31 | 517.45 |
| PA 4639-LROST | 2.00 | 44.00 |
| TOTAL | 512.30 | 10901.93 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1417.39 | 30261.66 |

*Payrolls by Paychex Inc.*
**0446-P705** MONVALE PROFESSIONAL SERVICES

## PERSONAL AND CHECK INFORMATION

WILLIAM GEARY
321 SHADY AVENUE
CHARLEROI, PA 15022

Soc Sec #: XXX-XX-XXXX   Employee ID: 5071
Hire Date: 05/12/14
Status:
Filing Status:
Federal: Married, 0
State: PA, Married, 0
Local 1: CHARLEROI -R, Single, 1
Br/Dept: 1/100

Pay Period: 10/22/18 to 11/02/18
Check Date: 11/09/18    Check #: Direct Deposit

**TIME OFF** (Based On Policy Year)

DESCRIPTION
VACATION - HOURS
  TOTAL BAL
    16.000
PC DAY - HOURS
  TOTAL BAL
    24.000
WINTER HOLIDAY - HOURS
  TOTAL BAL
    8.000
SPRING HOLIDAY - HOURS
  TOTAL BAL
    8.000
BEREAVEMENT - HOURS
  TOTAL BAL
    24.000

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 1388.58 |
| CHECKING NET | 1417.39 | 30290.47 |
| Net Pay | 1417.39 | 31679.05 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR EARNING | | | 2550.40 | 80.00 | 56677.60 |
| HOLIDAY | | | | 24.00 | |
| VACATION | | | | 64.00 | |
| HEALTH INS | | | -119.00 | | -2499.00 |
| HOURS WORKED | | | | 80.00 | |
| ADJ EARNINGS | | | 2431.40 | | 54178.60 |
| GROSS EARNINGS | | | 2550.40 | 168.00 | 56677.60 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GARNISHMENT #1 | 472.46 | 10559.69 |
| GYM MEMBERSHIP | 29.25 | 525.63 |
| TOTAL | 501.71 | 11085.32 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 223.81 | 4984.46 |
| OASDI | 150.75 | 3359.08 |
| MEDICARE | 35.26 | 785.63 |
| STATE W/H PA | 74.64 | 1663.28 |
| STATE SUI PA | 1.53 | 34.02 |
| PA 0228NROSTR | 24.31 | 541.76 |
| PA 4639-LROST | 2.00 | 46.00 |
| TOTAL | 512.30 | 11414.23 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1417.39 | 31679.05 |

Payrolls by Paychex, Inc.
0446-P705 MONVALE PROFESSIONAL SERVICES