UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                         Bankr. Case No. 18-24551-13

NICOLE M. GEARY                                                                    Chapter 13
    Debtor(s)

### REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-24551-13

NICOLE M. GEARY  Chapter 13

　　Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 4, 2018 :

LAWRENCE W WILLIS
201 PENN CENTER BLVD
PITTSBURGH, PA  15235

U.S. Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

By  /s/ Mandy Youngblood
　　　Mandy Youngblood

xxxxx56068 / 974990