## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| William N. Geary and Nicole M. Geary, | : : : | Case No. 18-24551-GLT |
| | : | Chapter 13 |
| **Debtors** | : | |

*************************************************************************

| | | |
|---|---|---|
| William N. Geary and Nicole M. Geary, | : : : | |
| | : | Related to Docket No. 43 |
| **Movants** | : : | |
| vs. | : | Hearing Date and Time: |
| | : : | |
| Ronda J. Winnecour, Esquire / Chapter 13 Trustee, | : : : | |
| **Respondent** | : : | |

*************************************************************************

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the *Order Dated October 9, 2019* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated October 10, 2019

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

William & Nicole Geary
321 Shady Avenue
Charleroi, PA 15022

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

**U.S. Trustee**
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222