**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-24551-GLT |
| | : | |
| William N. Geary and | : | Chapter 13 |
| Nicole N. Geary, | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the *Order Dated November 20, 2019 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated November 25, 2019* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated November 29, 2019

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

William & Nicole Geary
321 Shady Avenue
Charleroi, PA 15022

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Financial
P.o. Box 380901
Bloomington, MN 55438-0901

AMERICREDIT FINANCIAL SERVICS DBA
GM FINANCIAL
PO BOX 183853
ARLINGTON TX 76096-3853

Bankamerica
4909 Savarese Circle
Tampa, FL 33634-2413

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cap1/bontn
Po Box 30253
Salt Lake City, UT 84130-0253

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capitalone
15000 Capital One Dr
Richmond, VA 23238-1119

Cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chld/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Commonwealth OF PA
Bureau Of Comm Payroll Operations
PO Box 8006
Harrisburg, PA 17105-8006

Fed Loan Serv
Pob 60610
Harrisburg, PA 17106-0610

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Huntington National Ba
7 Easton Oval
Columbus, OH 43219-6060

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9096

Nationstar/mr Cooper
350 Highland
Houston, TX 77009-6623

Natl Hosp Collections
16 Distributor Dr Ste 2
Morgantown, WV 26501-7209

Nissan Motor A
Dallas, TX 75266-0360

PRA Receivables Management, LLC

PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division P O Box 280946
Harrisburg PA  17128-0946

Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222-4747

Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4952

PORTFOLIO RECOVERY ASSOCIATES
LLC
PO BOX 41067
NORFOLK VA 23541-1067

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Syncb/lowes
Po Box 956005
Orlando, FL 32896-0001

Syncb/old Navy
Po Box 965005
Orlando, FL 32896-5005

Syncb/paypal Extras Mc
Po Box 965005
Orlando, FL 32896-5005

Syncb/qvc
Po Box 965005
Orlando, FL 32896-5005

Syncb/roomful Express
C/o Po Box 965036
Orlando, FL 32896-0001

Tbom/atls/fortiva
Pob 105555
Atlanta, GA 30348-5555

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

U S Dept Of Ed/Gsl/Atl
Po Box 5609
Greenville, TX 75403-5609

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

US Department of Education
PO Box 16448
Saint Paul, MN 55116-0448

Verizon
by American InfoSource as agent
PO Box 248838
Oklahoma City, OK  73124-8838