**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. **18-24551-GLT** |
| **William N Geary** | : | |
| **Nicole M Geary,** | : | Chapter 13 |
| **Debtor** | : | |
| **William N Geary** | : | |
| **Nicole M Geary,** | : | |
| **Movant,** | : | |
| and | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| **ADDITIONAL RESPONDENT** | : | |

*************************************************************************

## REPORT OF PURCHASE

Now comes the Debtors, Debtor through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Report of Purchased advising the Court of the following:

1. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C..

2. The Debtors filed a Motion to Obtain Financing for the Purchase of a Vehicle.

3. This Court entered an Order, granting the Debtors' Motion to Borrow Financing for the Purchase of a Vehicle.

4. The Order directed that a Report of Purchase was to be filed within forty-five (45) days.

5. After inquiry, debtor notified counsel that they purchased a 2014 Chevy Equinox for $16,468.71.

6. The lender is Avid Acceptance with a monthly payment of $365.72, which have been incorporated in the Amended plan dated November 25 2019.

Dated: December 3, 2019                                        By. Lawrence W Willis Esq

Lawrence W. Willis Esquire
PA 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-702-1170
Email: help@urfreshstrt.com