**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/05/2022

IN RE:

| | |
|---|---|
| WILLIAM N GEARY<br>NICOLE M GEARY<br>321 SHADY AVE<br>CHARLEROI, PA 15022<br>XXX-XX-9210         Debtor(s)<br><br>XXX-XX-1606 | Case No.18-24551 GLT<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/5/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QCARD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2252 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 4  INT %: 4.25%<br>Court Claim Number: 2<br>CLAIM: 21,214.02<br>COMMENT: $CL-PL@4.25%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4890 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: PMT/NTC-PL*DKT4PMT-LMT*BGN 12/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3414 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 472.89<br>COMMENT: $/CL-PL*16/SCH-PL*16-17/CL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9210 |
| **BANK AMERICA**<br>4909 SAVARESE CL<br>TAMPA, FL 33634 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2715 |
| **BANK OF AMERICA NA**  (LMP)**<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9894 |
| **BANK OF AMERICA NA**  (LMP)**<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2745 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~BON TON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7601 |

Case 18-24551-GLT   Doc 73   Filed 12/05/22   Entered 12/05/22 15:32:48   Desc
Page 4 of 7

# CLAIM RECORDS

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,006.23<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5233 |
| **CAPITAL ONE***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2404 |
| **CBNA**<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1326 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2972 |
| **CHLD CBNA**<br>POB 6497<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6964 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 331.95<br>COMMENT: DEFICIENCY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6068 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5744 |
| **KOHLS++**<br>POB 2983<br>MILWAUKEE, WI 53201-2983 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~CAP 1/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6582 |
| **NATIONAL HOSPITAL COLLECTIONS***<br>16 DISTRIBUTOR DRIVE<br>STE 2<br>MORGANTOWN, WV 26501 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GARRETT RGNL MDCL CNTR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9601 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660360<br>DALLAS, TX 75266-6360 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3860 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA  23502 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  GECRB/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4618 |
| **SPRINGLEAF FINANCIAL SERVICES INC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3639 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  755.53<br>COMMENT:  NO$~LOWES~NTC ONLY/SCH*GE CAPITAL RETAIL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4618 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~OLD NAVY~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4376 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~PAYPAL~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4070 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  1,416.97<br>COMMENT:  NO$~QVC~NTC ONLY/SCH*GE CAPITAL RETAIL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2252 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~NTC ONLY~ROOMFUL EXPRESS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7336 |
| **TBOM RETAIL**<br>PO BOX 4499<br><br>BEAVERTON, OR  97076 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~FORTIVA~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0459 |
| **TD BANK NA(*)**<br>ATTN BANKRUPTCY DEPT ME 100-39<br>POB 9547<br>PORTLAND, ME  04112 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~TARGET~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0258 |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br>ST LOUIS, MO 63179-0336 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 26,645.71<br>COMMENT: X0149/SCH*8 LOANS COMBINED/CL*GU BAR OK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9210 |
| **US DEPARTMENT OF EDUCATION****<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX 75403-5609 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0144 |
| **US DEPARTMENT OF EDUCATION****<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX 75403-5609 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3571 |
| **US DEPARTMENT OF EDUCATION****<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX 75403-5609 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3579 |
| **US DEPARTMENT OF EDUCATION****<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX 75403-5609 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0142 |
| **US DEPARTMENT OF EDUCATION****<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX 75403-5609 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3588 |
| **US DEPARTMENT OF EDUCATION****<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX 75403-5609 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0154 |
| **US DEPARTMENT OF EDUCATION****<br>DIRECT LOAN SERVICING DEPT<br>POB 5609<br>GREENVILLE, TX 75403-5609 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3574 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 22.50<br>COMMENT: 1606*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9210 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 519.45<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9210 |

| CLAIM RECORDS | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 619094 | Court Claim Number:5 | ACCOUNT NO.: 3414 |
| | CLAIM: 6,877.07 | |
| DALLAS, TX  75261-9741 | COMMENT: $/CL-PL*THRU 11/18 | |
| | | |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:7 | ACCOUNT NO.: 0001 |
| | CLAIM: 197.04 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT: NT/SCH*NO PMT EVER | |
| | | |
| **AVID ACCEPTANCE LLC** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 6995 UNION PARK CENTER STE 450 | Court Claim Number:11 | ACCOUNT NO.: 0336 |
| | CLAIM: 0.00 | |
| COTTONWOOD HEIGHTS, UT  84047 | COMMENT: PMT/PL-CL*365.72 X (50 REM+2)=LMT*BGN 10/19 | |
| | | |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT: ALLY BANK/PRAE | |