**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy Number: 18-24551-GLT** |
| | : | |
| **William N. Geary and** | : | **Chapter 13** |
| **Nicole M. Geary,** | : | |
| **Debtors** | : | |

### CERTIFICATE OF SERVICE

I, Lawrence Willis, Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated **October 2, 2023,** together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**West Virginia University Medicine**
**One Medical Center Drive**
**PO Box 8033**
**Morgantown, PA 26505**
**Attn: Payroll Manager**

**William N. Geary**
**321 Shady Avenue**
**Charleroi, PA 15022**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: October 3, 2023

/s/ Lawrence W Willis, Esquire
Lawrence W. Willis
PA ID 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@urfreshstrt.com