Certificate Number: 05781-PAW-DE-038033149

Bankruptcy Case Number: 18-24551



05781-PAW-DE-038033149

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 19, 2023</u>, at <u>10:31</u> o'clock <u>AM PST</u>, <u>William Geary</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>December 19, 2023</u>    By:    <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>