Certificate Number: 05781-PAW-DE-038033148

Bankruptcy Case Number: 18-24551



05781-PAW-DE-038033148

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 19, 2023, at 10:31 o'clock AM PST, Nicole Geary completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 19, 2023                By:   /s/Allison M Geving

                                          Name: Allison M Geving

                                          Title: President