FILED
3/7/24 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

William N. Geary and
Nicole M. Geary,
    Debtor(s)

Case No. 18-24551-GLT

Chapter 13

RONDA J. WINNECOUR,
Chapter 13 Trustee,
    Movant,
v.
William N. Geary and
Nicole M. Geary,
    Respondent(s)

Related to Docket No. 104

**CONSENT ORDER OF COURT AUTHORIZING TRUSTEE TO
CLOSE OFF PAYMENT RECORD(S)**

WHEREAS, Debtor(s)' 02/17/2023 Plan (confirmed 3/31/2023) (the "Plan"), provided for the payment of AVID ACCEPTANCE LLC (Cl #11) ("Creditor") as long-term continuing debt on account of the post-petition financing of a vehicle at CID #43 (the "Claim");

WHEREAS, Trustee received a refund of payments made to Creditor in January 2024 along with a handwritten notation that the account was closed and that the claim has been paid in full;

WHEREAS, Counsel for Debtors has represented to Trustee that the claim has been paid in full and the Debtor(s) are in receipt of the title; and

NOW THEREFORE, Debtor(s) and Trustee agree as follows:

1.    The Claim shall be deemed paid in full for purposes of the Trustee's records; (b) Trustee shall terminate further payments to Creditor on account of the Claim (Cl #11, CID #43) and may close off Trustee's Payment Records for such Claim; (c) Trustee shall distribute any amounts currently on reserve for the Claim, or any amount which would

have otherwise been paid on account of the Claim under the Plan, or any refund of any amounts previously paid to the Creditor to general plan funding, including the augmentation of the estimated payment to unsecured creditors as stated in the plan.

2. Debtors remain solely responsible for ensuring that the Creditor has, in fact, been paid in full and obtaining the title. To the extent the claim has not been paid in full the Creditor retains all rights and remedies under applicable law.

3. The terms and conditions of this Order are incorporated into the Plan.

So ORDERED this _7th Day of March, 2024.

4. Within three business days of this Order, Debtors shall serve a copy of this Order upon the address of record for Avid Acceptance LLC as shown on proof of claim no. 11-1 and file a corresponding certificate of service.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Agreed to:

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/Lawrence W. Willis
Lawrence W Willis (PA I.D. #85299)
Willis & Associates
201 Penn Center Boulevard
Pittsburgh, PA 15235
412-235-1721
help@westernpabankruptcy.com
**Attorney for the Debtor(s)**

Page **2** of **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24551-GLT |
| William N Geary | Chapter 13 |
| Nicole M Geary | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William N Geary, Nicole M Geary, 321 Shady Ave, Charleroi, PA 15022-1243 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Heather Stacey Riloff | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com  Michelle@mvrlaw.com |
| Lawrence W. Willis | |
| | on behalf of Debtor William N Geary ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | |
| | on behalf of Joint Debtor Nicole M Geary ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7