UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>William N. Geary,<br><br>    Debtor,<br><br>Nicole M. Geary,<br><br>    Joint Debtor,<br><br>Ronda J. Winnecour,<br><br>    Movant,<br><br>vs.<br><br>Nationstar Mortgage LLC, | Case No.: 18-24551-GLT<br><br>Chapter 13 |

## RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 5; PREPETITION ARREARAGE HAS BEEN PAID IN FULL

TO: THE CLERK, U.S. BANKRUPTCY COURT:

In response to the Notice that Mortgage Claim (Court Claim No. 5) Prepetition arrearage has been paid in full, filed on March 29, 2024, Nationstar Mortgage LLC hereby declares that, as of April 12, 2024, the account has been brought current and is due for the May 1, 2024 payment.

Date: April 17, 2024                 Respectfully submitted,

                         /s/ *Robert Wendt*, Esquire
                        By: Robert Wendt, Esquire
                        rwendt@leopoldassociates.com
                        Attorney ID No. 89150
                        Leopold & Associates, PLLC
                        275 Curry Hollow Road, Building 1
                        Suite 280
                        Pittsburgh, PA 15236
                        (914)-219-5787 x490
                        Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>William N. Geary,<br><br>               Debtor,<br><br>Nicole M. Geary,<br><br>               Joint Debtor,<br><br>Ronda J. Winnecour,<br><br>               Movant,<br><br>vs.<br><br>Nationstar Mortgage LLC,<br><br>               Respondent. | Case No.: 18-24551-GLT<br><br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

      I, Robert Wendt, attorney for Creditor, do hereby certify that true and correct copies of the foregoing **RESPONSE TO NOTICE THAT MORTGAGE CLAIM (COURT CLAIM NO. 5 PREPETITION ARREARAGE HAS BEEN PAID IN FULL** has been served on April 17, 2024, by first class mail, and/or electronic means upon those listed below:

William N. Geary
Debtor
321 Shady Ave.
Charleroi, PA 15022

Nicole M. Geary
Joint Debtor
321 Shady Ave.
Charleroi, PA 15022

Lawrence W. Willis, Esq.
Willis & Associates
Attorneys for Debtors
201 Penn Center Blvd.
Suite 310
Pittsburgh, PA 15235                    CONTINUED ON NEX PAGE

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Date: April 17, 2024

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Creditor