Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **William N Geary** | : | Case No. 18−24551−GLT |
| **Nicole M Geary** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 109 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/21/24 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 25th of April, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 109 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before June 9, 2024*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *June 21, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24551-GLT |
| William N Geary | Chapter 13 |
| Nicole M Geary | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 25, 2024 | Form ID: 604 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William N Geary, Nicole M Geary, 321 Shady Ave, Charleroi, PA 15022-1243 |
| 14965566 | + | Commonwealth OF PA, Bureau Of Comm Payroll Operations, PO Box 8006, Harrisburg, PA 17105-8006 |
| 14953358 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14953363 | + | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14953375 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 26 2024 00:06:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14966383 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 26 2024 00:06:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14959526 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2024 00:05:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14953349 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2024 00:05:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15222308 | + | Email/Text: bankruptcy@avidac.com | Apr 26 2024 00:06:00 | Avid Acceptance LLC., 6995 Union Park Center, Ste 450, Cottonwood Heights UT 84047-6145 |
| 14953350 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2024 00:05:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14953351 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2024 00:05:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14953353 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:38:13 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14953352 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:38:13 | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14971198 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14953354 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:38:13 | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14953355 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2024 00:38:15 | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14953357 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Apr 26 2024 00:38:09 | Chld/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14953359 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 26 2024 00:06:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14953360 | + | Email/Text: bankruptcy@huntington.com | Apr 26 2024 00:06:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14953356 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2024 00:38:13 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14953361 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2024 00:05:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14975736 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 00:06:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14953362 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 00:06:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14953364 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 26 2024 00:06:00 | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 14953365 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 00:05:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14985620 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 00:38:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14954048 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 00:38:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14955609 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14953366 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 00:37:37 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14953367 |  | Email/PDF: cbp@omf.com | Apr 26 2024 00:37:57 | Springleaf Financial S, Po Box 18142, Pleasant Hills, PA 15236 |
| 14953368 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14953369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:38:03 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14953370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:44 | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14953371 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14953372 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14953373 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 26 2024 00:05:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 14953374 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 00:06:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14977174 |  | Email/Text: BNCnotices@dcmservices.com | Apr 26 2024 00:06:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15047764 |  | Email/Text: EDBKNotices@ecmc.org | Apr 26 2024 00:05:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14980954 |  | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2024 00:38:15 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 37

Case 18-24551-GLT   Doc 111   Filed 04/27/24   Entered 04/28/24 00:24:49   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: 604 | Total Noticed: 42 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14965557 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14965558 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14965559 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14965561 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14965560 | *+ | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14965562 | *+ | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14965563 | *+ | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14965565 | *+ | Chld/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14965567 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14965568 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14965564 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14965569 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14965570 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14965571 | *+ | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14965572 | *+ | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 14965573 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14965574 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14965575 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, Po Box 18142, Pleasant Hills, PA 15236 |
| 14965576 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14965577 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14965578 | *+ | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14965579 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14965580 | *+ | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14965581 | *+ | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 14965582 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14965583 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 1 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 25, 2024 | Form ID: 604 | Total Noticed: 42 |

| | |
|---|---|
| Heather Stacey Riloff | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Lawrence W. Willis | on behalf of Debtor William N Geary ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Nicole M Geary ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Maria Miksich | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8