**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM N GEARY<br>NICOLE M GEARY<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:18-24551<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/21/2018 and confirmed on 1/31/19 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 98,934.00 |
| Less Refunds to Debtor | 877.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 98,057.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,600.00 | |
|   Trustee Fee | 4,673.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,273.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 37,754.89 | 0.00 | 37,754.89 |
|     Acct: 3414 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 6,877.07 | 6,877.07 | 0.00 | 6,877.07 |
|     Acct: 3414 | | | | |
|   ALLY BANK(*) | 21,214.02 | 21,214.02 | 2,402.49 | 23,616.51 |
|     Acct: 4890 | | | | |
| | | | | 68,248.47 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM N GEARY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM N GEARY | 877.00 | 877.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-23 | | | | |
|   PA DEPARTMENT OF REVENUE* | 472.89 | 472.89 | 0.00 | 472.89 |
|     Acct: 9210 | | | | |
|   AVID ACCEPTANCE LLC | 16,823.12 | 16,823.12 | 0.00 | 16,823.12 |
|     Acct: 0336 | | | | |
| | | | | 17,296.01 |
| **Unsecured** | | | | |
|   BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2715 | | | | |
|   BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9894 | | | | |
|   BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2745 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 7601 | | | | |
|    CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,006.23 | 140.86 | 0.00 | 140.86 |
|    Acct: 5233 | | | | |
|    CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2404 | | | | |
|    CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1326 | | | | |
|    CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 2972 | | | | |
|    CHLD CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6964 | | | | |
|    AMERICREDIT FINANCIAL SVCS INC DBA | 331.95 | 23.31 | 0.00 | 23.31 |
|    Acct: 6068 | | | | |
|    HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5744 | | | | |
|    KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6582 | | | | |
|    NATIONAL HOSPITAL COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9601 | | | | |
|    NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0001 | | | | |
|    PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3860 | | | | |
|    PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4618 | | | | |
|    SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3639 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES LL( | 755.53 | 53.05 | 0.00 | 53.05 |
|    Acct: 4618 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4376 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4070 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES LL( | 1,416.97 | 99.49 | 0.00 | 99.49 |
|    Acct: 2252 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7336 | | | | |
|    TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0459 | | | | |
|    TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0258 | | | | |
|    US DEPARTMENT OF EDUCATION | 26,645.71 | 1,870.80 | 0.00 | 1,870.80 |
|    Acct: 9210 | | | | |
|    US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0144 | | | | |
|    US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3571 | | | | |
|    US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3579 | | | | |
|    US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0142 | | | | |
|    US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3588 | | | | |
|    US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0154 | | | | |
|    US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 3574 | | | | |
|    PA DEPARTMENT OF REVENUE* | 22.50 | 1.58 | 0.00 | 1.58 |
|    Acct: 9210 | | | | |
|    UPMC HEALTH SERVICES | 519.45 | 36.47 | 0.00 | 36.47 |

18-24551                                                                                                    Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 9210 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 197.04 | 13.83 | 0.00 | 13.83 |
|     Acct: 0001 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2252 | | | | |
|   KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 2,239.39 |
| **TOTAL PAID TO CREDITORS** | | | | 87,783.87 |

TOTAL CLAIMED
PRIORITY          17,296.01
SECURED           28,091.09
UNSECURED         31,895.38

Date: 04/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM N GEARY
    NICOLE M GEARY
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-24551

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 18-24551-GLT
William N Geary  Chapter 13
Nicole M Geary
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Apr 25, 2024      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William N Geary, Nicole M Geary, 321 Shady Ave, Charleroi, PA 15022-1243 |
| 14965566 | + | Commonwealth OF PA, Bureau Of Comm Payroll Operations, PO Box 8006, Harrisburg, PA 17105-8006 |
| 14953358 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14953363 | + | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14953375 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2024 00:37:40 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 26 2024 00:06:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14966383 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 26 2024 00:06:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14959526 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2024 00:05:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14953349 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2024 00:05:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15222308 | + | Email/Text: bankruptcy@avidac.com | Apr 26 2024 00:06:00 | Avid Acceptance LLC., 6995 Union Park Center, Ste 450, Cottonwood Heights UT 84047-6145 |
| 14953350 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2024 00:05:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14953351 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2024 00:05:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14953353 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14953352 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:38:13 | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14971198 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14953354 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14953355 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2024 00:38:01 | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14953357 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-24551-GLT   Doc 112   Filed 04/27/24   Entered 04/28/24 00:24:49   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| | | Apr 26 2024 00:37:57 | Chld/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14953359 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 26 2024 00:06:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14953360 | + Email/Text: bankruptcy@huntington.com | Apr 26 2024 00:06:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14953356 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2024 00:38:13 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14953361 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2024 00:05:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14975736 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 00:06:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14953362 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 00:06:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14953364 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 26 2024 00:06:00 | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 14953365 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 00:05:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14985620 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 00:50:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14954048 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 00:38:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14955609 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14953366 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2024 00:38:19 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14953367 | Email/PDF: cbp@omf.com | Apr 26 2024 00:37:57 | Springleaf Financial S, Po Box 18142, Pleasant Hills, PA 15236 |
| 14953368 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:33 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14953369 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14953370 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14953371 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:57 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14953372 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 26 2024 00:37:58 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14953373 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 26 2024 00:05:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 14953374 | + Email/Text: bncmail@w-legal.com | Apr 26 2024 00:06:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14977174 | Email/Text: BNCnotices@dcmservices.com | Apr 26 2024 00:06:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15047764 | Email/Text: EDBKNotices@ecmc.org | Apr 26 2024 00:05:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14980954 | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2024 00:38:15 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14965557 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14965558 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14965559 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14965561 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14965560 | *+ | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14965562 | *+ | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14965563 | *+ | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14965565 | *+ | Chld/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14965567 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14965568 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14965564 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14965569 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14965570 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14965571 | *+ | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14965572 | *+ | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 14965573 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14965574 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14965575 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, Po Box 18142, Pleasant Hills, PA 15236 |
| 14965576 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14965577 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14965578 | *+ | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14965579 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14965580 | *+ | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14965581 | *+ | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 14965582 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14965583 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 1 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 42 |

Heather Stacey Riloff
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Lawrence W. Willis
    on behalf of Debtor William N Geary ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Nicole M Geary ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maria Miksich
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8