| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William N Geary**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9210<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Nicole M Geary**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1606<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  18-24551-GLT | | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William N Geary                                Nicole M Geary

                                               **By the court:** Gregory L Taddonio
6/10/24                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William N Geary  
Nicole M Geary  
    Debtors

Case No. 18-24551-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jun 10, 2024      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William N Geary, Nicole M Geary, 321 Shady Ave, Charleroi, PA 15022-1243 |
| 14965566 | + | Commonwealth OF PA, Bureau Of Comm Payroll Operations, PO Box 8006, Harrisburg, PA 17105-8006 |
| 14953358 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14953363 | + | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14953375 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 11 2024 14:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 11:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 11 2024 14:33:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PHINAMERI.COM | Jun 11 2024 14:33:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14966383 | | EDI: PHINAMERI.COM | Jun 11 2024 14:33:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14959526 | | EDI: GMACFS.COM | Jun 11 2024 14:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14953349 | + | EDI: GMACFS.COM | Jun 11 2024 14:33:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15222308 | + | Email/Text: bankruptcy@avidac.com | Jun 11 2024 11:12:00 | Avid Acceptance LLC., 6995 Union Park Center, Ste 450, Cottonwood Heights UT 84047-6145 |
| 14953350 | + | EDI: BANKAMER | Jun 11 2024 14:33:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14953351 | + | EDI: BANKAMER | Jun 11 2024 14:33:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14953353 | | EDI: CAPITALONE.COM | Jun 11 2024 14:33:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14953352 | + | EDI: CAPITALONE.COM | Jun 11 2024 14:33:00 | Cap1/bontn, Po Box 30253, Salt Lake City, UT |

| Record # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 84130-0253 |
| 14971198 | | EDI: CAPITALONE.COM | Jun 11 2024 14:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14953354 | + | EDI: CAPITALONE.COM | Jun 11 2024 14:33:00 | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14953355 | + | EDI: CITICORP | Jun 11 2024 14:33:00 | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14953357 | + | EDI: CITICORP | Jun 11 2024 14:33:00 | Chld/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14953359 | + | EDI: PHINAMERI.COM | Jun 11 2024 14:33:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14953360 | + | Email/Text: bankruptcy@huntington.com | Jun 11 2024 11:11:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14953356 | | EDI: JPMORGANCHASE | Jun 11 2024 14:33:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14953361 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 11 2024 11:11:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14975736 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:11:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14953362 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:11:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14953364 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 11 2024 11:11:00 | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 14953365 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2024 11:11:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14985620 | | EDI: PRA.COM | Jun 11 2024 14:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14954048 | + | EDI: PRA.COM | Jun 11 2024 14:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14955609 | | EDI: PENNDEPTREV | Jun 11 2024 14:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14955609 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 11:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14953366 | + | EDI: PRA.COM | Jun 11 2024 14:33:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14953367 | | EDI: AGFINANCE.COM | Jun 11 2024 14:33:00 | Springleaf Financial S, Po Box 18142, Pleasant Hills, PA 15236 |
| 14953368 | + | EDI: SYNC | Jun 11 2024 14:33:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14953369 | + | EDI: SYNC | Jun 11 2024 14:33:00 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14953370 | + | EDI: SYNC | Jun 11 2024 14:33:00 | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14953371 | + | EDI: SYNC | Jun 11 2024 14:33:00 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14953372 | + | EDI: SYNC | Jun 11 2024 14:33:00 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14953373 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 11 2024 11:11:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 14953374 | + | EDI: WTRRNBANK.COM | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: 3180W | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | Jun 11 2024 14:33:00 | | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14977174 | Email/Text: BNCnotices@dcmservices.com | | | |
| | | Jun 11 2024 11:11:00 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15047764 | Email/Text: EDBKNotices@ecmc.org | | | |
| | | Jun 11 2024 11:11:00 | | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14980954 | EDI: AIS.COM | | | |
| | | Jun 11 2024 14:33:00 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14965557 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14965558 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14965559 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14965561 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14965560 | *+ | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14965562 | *+ | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14965563 | *+ | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14965565 | *+ | Chld/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14965567 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14965568 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14965564 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14965569 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14965570 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14965571 | *+ | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14965572 | *+ | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 14965573 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14965574 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14965575 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, Po Box 18142, Pleasant Hills, PA 15236 |
| 14965576 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14965577 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14965578 | *+ | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14965579 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14965580 | *+ | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14965581 | *+ | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 14965582 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14965583 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 1 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Denise Carlon
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com

Heather Stacey Riloff
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Lawrence W. Willis
on behalf of Debtor William N Geary ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
on behalf of Joint Debtor Nicole M Geary ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maria Miksich
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pawb@fedphe.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 8