**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/10/24 12:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
WILLIAM N GEARY
NICOLE M GEARY
     Debtor(s)

Ronda J. Winnecour
     Movant
    vs.
No Repondents.

Case No.:18-24551

Chapter 13

Related to Docket No. 109

### ORDER OF COURT

AND NOW, this ___ 10th Day of June, 2024 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William N Geary  
Nicole M Geary  
    Debtors

Case No. 18-24551-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jun 10, 2024      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William N Geary, Nicole M Geary, 321 Shady Ave, Charleroi, PA 15022-1243 |
| 14965566 | + | Commonwealth OF PA, Bureau Of Comm Payroll Operations, PO Box 8006, Harrisburg, PA 17105-8006 |
| 14953358 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14953363 | + | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14953375 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 11 2024 11:19:08 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 11 2024 11:11:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14966383 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 11 2024 11:11:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14959526 | | Email/Text: ally@ebn.phinsolutions.com | Jun 11 2024 11:11:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14953349 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 11 2024 11:11:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15222308 | + | Email/Text: bankruptcy@avidac.com | Jun 11 2024 11:12:00 | Avid Acceptance LLC., 6995 Union Park Center, Ste 450, Cottonwood Heights UT 84047-6145 |
| 14953350 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 11 2024 11:11:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14953351 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 11 2024 11:11:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14953353 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:19:08 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14953352 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:18:49 | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14971198 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:19:08 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14953354 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:18:53 | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14953355 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:29:30 | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14953357 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-24551-GLT   Doc 116   Filed 06/12/24   Entered 06/13/24 00:28:39   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jun 11 2024 11:19:12 | Chld/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14953359 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 11 2024 11:11:00 | | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14953360 | + | Email/Text: bankruptcy@huntington.com | Jun 11 2024 11:11:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14953356 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2024 11:18:49 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14953361 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 11 2024 11:11:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14975736 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:11:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14953362 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2024 11:11:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14953364 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 11 2024 11:11:00 | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 14953365 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2024 11:11:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14985620 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2024 11:19:11 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14954048 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2024 11:19:10 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14955609 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2024 11:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14953366 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2024 11:29:30 | | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14953367 | | Email/PDF: cbp@omf.com | Jun 11 2024 11:29:28 | Springleaf Financial S, Po Box 18142, Pleasant Hills, PA 15236 |
| 14953368 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:18:58 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14953369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:18:49 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14953370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:29:28 | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14953371 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:19:01 | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14953372 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:19:08 | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14953373 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 11 2024 11:11:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 14953374 | + | Email/Text: bncmail@w-legal.com | Jun 11 2024 11:11:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14977174 | | Email/Text: BNCnotices@dcmservices.com | Jun 11 2024 11:11:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15047764 | | Email/Text: EDBKNotices@ecmc.org | Jun 11 2024 11:11:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14980954 | | Email/PDF: ebn_ais@aisinfo.com | Jun 11 2024 11:19:10 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14965557 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14965558 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14965559 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14965561 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14965560 | *+ | Cap1/bontn, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14965562 | *+ | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 14965563 | *+ | Cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14965565 | *+ | Chld/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14965567 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14965568 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14965564 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14965569 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14965570 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14965571 | *+ | Natl Hosp Collections, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14965572 | *+ | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 14965573 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14965574 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14965575 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, Po Box 18142, Pleasant Hills, PA 15236 |
| 14965576 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14965577 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14965578 | *+ | Syncb/paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14965579 | *+ | Syncb/qvc, Po Box 965005, Orlando, FL 32896-5005 |
| 14965580 | *+ | Syncb/roomful Express, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14965581 | *+ | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 14965582 | *+ | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14965583 | *+ | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 1 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 42 |

Heather Stacey Riloff
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Lawrence W. Willis
    on behalf of Debtor William N Geary ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Nicole M Geary ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Maria Miksich
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8