**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Nicole M. Geary**<br>**William N. Geary**<br>　　　　　　　　**Debtors** | **BK NO. 18-24551 GLT**<br><br>**Chapter 13** |
| **Nationstar Mortgage LLC**<br>　　　　**Movant**<br>　　　　vs. | **Related to Claim No. 5** |
| **Nicole M. Geary**<br>**William N. Geary**<br>　　　　　　　**Debtors** | |
| **Ronda J. Winnecour, Esq.**<br>　　　　　　　**Trustee** | |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Denise Carlon, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 26, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Nicole M. Geary
321 Shady Avenue
Charleroi, PA 15022

William N. Geary
321 Shady Avenue
Charleroi, PA 15022

Attorney for Debtors
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd Suite 310 (VIA ECF)
Pittsburgh, PA 15235

Trustee
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  Electronic means or first-class mail.

Dated: January 26, 2023

　　　　　　　　　　　　　　　　　　　　　　　**/s/Denise Carlon, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com